**92–1682.** Hyde v. Reynoldsville Casket Co. *Ashtabula County,* No. 91–A–1660. Reported at 68 Ohio St.3d 240, 626 N.E.2d 75. On motion for rehearing. Rehearing denied.

MOYER, C.J., and WRIGHT, J., dissent.

**93–1010.** State v. Haynie. *Marion County,* No. 9–92–62. Reported at 68 Ohio St.3d 1434, 617 N.E.2d 685. On motion for rehearing. Rehearing denied.

**93–2040.** Mayfield Hts. v. Nozik. *Cuyahoga County,* No. 64360. Reported at 68 Ohio St.3d 1461, 627 N.E.2d 1002. On motion for rehearing. Rehearing denied.

**93–2415.** A & B–Abell Elevator Co. v. Columbus/Cent. Ohio Bldg. & Constr. Trades Council. *Franklin County,* Nos. 92AP–1540 and 92AP–1541. Reported at 68 Ohio St.3d 1451, 626 N.E.2d 692. On motion for rehearing. Rehearing denied.

PFEIFER, J., dissents.

**93–2500.** Finfrock v. Finfrock. *Shelby County,* No. 17–93–8. Reported at 68 Ohio St.3d 1462, 627 N.E.2d 1002. On motion for rehearing. Rehearing denied.

**93–2504.** State v. Brust. *Pike County,* No. 478. Reported at 68 Ohio St.3d 1435, 625 N.E.2d 623. On motion for rehearing. Rehearing denied.